**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   : No. 6 MAL 2022
                                :
        Respondent              :
                                :
                                : Petition for Allowance of Appeal
                                : from the Order of the Superior Court
        v.                      :
                                :
                                :
JASON ANDREW LEAR,              :
                                :
        Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.